# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00265-CR

**Christina Thompson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COMAL COURT AT LAW NO. 3 OF COMAL COUNTY
### NO. 2023CR0771, THE HONORABLE DEBORAH WIGINGTON, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Pending before this Court are two motions: appointed appellate counsel's motion to withdraw, asserting that she has not been able to contact appellant since October 2025, and appellant's third motion for extension of time to file appellant's brief. Appellant, although declared indigent for purposes of appellate counsel, was apparently found not indigent for purposes of the reporter's record. *See McFatridge v. State*, 309 S.W.3d 1, 6 (Tex. Crim. App. 2010) ("A defendant can be found indigent for one purpose without being found indigent for the other."). Appellant has not paid for the reporter's record even after three extensions of time to pay for it granted by this Court. Appellant's indigency status is unclear; appellant has recognized in prior pleadings that the trial court found her not indigent for purposes of the reporter's record, but the record does not contain evidence supporting that non-indigence determination. *See id*. ("After a defendant establishes a prima facie showing of indigency, 'an

appellate court can uphold a trial court's determination of non-indigence only if the record contains evidence supporting such a determination.'").

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether appellant is indigent. *See* Tex. R. App. P. 37.3, 38.8. The court shall make appropriate written findings and recommendations. If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than April 27, 2026. *See id.* R. 38.8(b)(3).

It is so ordered March 13, 2026.

Before Justices Triana, Kelly, and Ellis

Abated and Remanded

Filed: March 13, 2026

Do Not Publish